# United States District Court
# For The Western District of North Carolina
# Charlotte Division

KAREEM A. KIRK,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             3:09CV301

MARTHA CURRAN, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 4, 2009 Order.

                                                           Signed: August 4, 2009

                                                           *[Signature: Frank G. Johns]*

                                                           Frank G. Johns, Clerk
                                                           United States District Court